BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN 175783)
Albert Y. Chang (SBN 296065)
Aaron P. Arnzen (SBN 218272)
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone:   (858) 914-2001
Facsimile:    (858) 914-2002

BERNSTEIN LITOWITZ BERGER &
  GROSSMANN LLP
Gregory V. Varallo (*pro hac vice*)
500 Delaware Avenue, Suite 901
Wilmington, Delaware 19801
Telephone: (302) 364-3600

*Attorneys for Plaintiffs*
*Norman Wilhoite and Judith Wilhoite*

[Additional counsel listed on signature page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN WILHOITE and JUDITH WILHOITE, derivatively on behalf of TUSIMPLE HOLDINGS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> XIAODI HOU, MO CHEN, CHENG LU, GUOWEI "CHARLES" CHAO, and HYDRON, INC., <br><br> Defendants, <br><br> - and - <br><br> TUSIMPLE HOLDINGS, INC., <br><br> Nominal Defendant. | Case No. 23cv2333 BEN (MSB) <br><br> **Plaintiffs' Notice of Motion and Motion for Preliminary Injunction** <br><br> Date:            March 8, 2024 <br> Time:           10:30 a.m. <br> Courtroom:  5A (Schwartz) <br> Judge:          Hon. Roger T. Benitez |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 8, 2024, at 10:30 a.m., before the Honorable Roger T. Benitez of the United States District Court for the Southern District of California, located at 221 West Broadway, San Diego, California 92101, Plaintiffs Norman Wilhoite and Judith Wilhoite will move this Court for an order:

1. granting a preliminary injunction under Rule 45 of the Federal Rules of Civil Procedure enjoining all defendants, including Nominal Defendant TuSimple Holdings, Inc. ("TuSimple"), and all those acting in concert with any of them or with actual notice of the Court's order, from:

    a. violating the National Security Agreement between TuSimple and the Committee on Foreign Investments in the United States;

    b. selling, transferring, or disclosing TuSimple trade secrets from the United States to people or entities outside the United States, including TuSimple's China-based businesses;

    c. selling, transferring, or disclosing TuSimple trade secrets from the United States to Defendant Hydron, Inc.;

    d. transferring outside of the United States any proceeds obtained from the sale, transfer, or disclosure of TuSimple's trade secrets;

    e. transferring outside of the United States any proceeds obtained from the sale, transfer, or disclosure of TuSimple's assets other than trade secrets;

    f. selling, transferring, or disclosing TuSimple trade secrets located outside the United States to Defendant Hydron, Inc., or any other entity controlled by or under common control with Defendant Mo Chen, his family members, affiliates, or associates; and

    g. selling, transferring, or disclosing TuSimple trade secrets to any person or entity except pursuant to a commercially reasonable non-disclosure agreement.

2. granting such other and further relief as the Court deems just and proper.

This motion is made based on this notice of motion and motion, the supporting memorandum of points and authorities, the February 9, 2024 Declaration of Albert Y. Chang (with exhibits), and all other papers and proceedings in this action.

Dated: February 9, 2024

Respectfully submitted,

BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN 175783)
Albert Y. Chang (SBN 296065)
Aaron P. Arnzen (SBN 218272)

      s/ Albert Y. Chang
Albert Y. Chang
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001
fbottini@bottinilaw.com
achang@bottinilaw.com
aarnzen@bottinilaw.com

BERNSTEIN LITOWITZ BERGER &
  GROSSMANN LLP
Jeroen van Kwawegen
Thomas G. James (*pro hac vice*)
Eric J. Riedel (*pro hac vice*)
James Janison (*pro hac vice*)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
jeroen@blbglaw.com
thomas.james@blbglaw.com
eric.riedel@blbglaw.com
james.janison@blbglaw.com

Gregory V. Varallo (*pro hac vice*)
500 Delaware Avenue, Suite 901
Wilmington, Delaware 19801
Telephone: (302) 364-3600
greg.varallo@blbglaw.com

*Attorneys for Plaintiffs*
*Norman Wilhoite and Judith Wilhoite*