RYAN E. BLAIR (State Bar No. 246724)
rblair@cooley.com
COOLEY LLP
10265 Science Center Drive
San Diego, California 92121
Telephone: (858) 550-6161
Facsimile: (858) 550-6420

*Attorneys for Specially Appearing Defendant
Guowei "Charles" Chao*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN WILHOITE and JUDITH WILHOITE, derivatively on behalf of TuSimple Holdings, Inc., <br><br>*Plaintiffs*, <br><br> v. <br><br> XIAODI HOU, MO CHEN, CHENG LU, GUOWEI "CHARLES" CHAO, and HYDRON, INC., <br><br>*Defendants*, <br><br> and <br><br> TUSIMPLE HOLDINGS, INC., <br><br>*Nominal Defendant*. | Case No. 3:23-cv-02333-BEN-MSB <br><br> **SPECIALLY APPEARING** <br><br> **MOTION TO SEAL STATEMENT OF GUOWEI "CHARLES" CHAO IN RESPONSE TO COURT'S FEBRUARY 21, 2025, ORDER (DKT. 290)** <br><br> Judge: Hon. Roger T. Benitez <br> Courtroom: 5A |

1  Pursuant to Civil Local Rule 79.2 and the Court's February 21, 2025, Order (Dkt. 290) (the "Order"), which directed all settling parties in this litigation to file their responsive statements under seal, Specially Appearing Defendant Guowei "Charles" Chao respectfully moves for leave to file under seal his statement in response to the Order.

Dated: February 28, 2025

COOLEY LLP

/s/ Ryan E. Blair
Ryan E. Blair

*Attorneys for Specially Appearing Defendant Guowei "Charles" Chao*