Robert Kingsley Smith, *pro hac vice*
  robert.smith@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street, Boston, MA 02109
Tel: (617) 526-6759

Elaine F. Harwell (California SBN 242551)
  elaine.harwell@procopio.com
PROCOPIO CORY,
  HARGREAVES & SAVITCH, LLP
525 B Street, Suite 2200, San Diego, CA 92101
Tel: (619) 238-1900 / Fax: (619) 235-0398

Attorneys for Nominal Defendant TuSimple Holdings, Inc.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NORMAN WILHOITE and JUDITH WILHOITE, derivatively on behalf of TuSimple Holdings, Inc., individually and<br><br>*Plaintiffs*,<br><br>v.<br><br>XIAODI HOU, MO CHEN, CHENG LU, GUOWEI "CHARLES CHAO," and HYDRON, INC.,<br><br>*Defendants,*<br><br>and<br><br>TUSIMPLE HOLDINGS, INC.<br><br>*Nominal Defendant*. | Case No.: 3:23-cv-02333-BEN-MSB<br><br>**MOTION TO SEAL SUBMISSION OF TUSIMPLE HOLDINGS INC. IN RESPONSE TO COURT'S SEALED FEBRUARY 13, 2025 ORDER [DKT. 290]**<br><br>Judge: Hon. Roger T. Benitez<br>Courtroom: 5A |

1  Pursuant to Civil Local Rule 79.2 and the Court's February 13, 2025 order
2  [Dkt. 290] ("Order"), TuSimple Holdings Inc., n/k/a CreateAI Holdings, Inc.
3  ("TuSimple") respectfully moves for leave to file under seal its Submission in
4  response to the Order. The Court's Order specifically directed Defendants to file the
5  Submission under seal.

- 1 -

TUSIMPLE'S SEALED SUBMISSION                    Case No.: 3:23-cv-02333-BEN-MSB
IN RESPONSE TO DKT. 290

Dated: February 28, 2025        Respectfully submitted,

<u>/s/ Robert Kingsley Smith</u>

Robert Kingsley Smith, *pro hac vice*
   robert.smith@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street, Boston, MA 02109
Tel: (617) 526-6759

Elaine F. Harwell (SBN 242551)
   elaine.harwell@procopio.com
PROCOPIO CORY,
   HARGREAVES & SAVITCH, LLP
525 B Street, Suite 2200
San Diego, CA 92101
Tel: (619) 238-1900
Fax: (619) 235-0398

*Counsel for Nominal Defendant*
   *TuSimple Holdings Inc.*

- 2 -

TUSIMPLE'S SEALED SUBMISSION
IN RESPONSE TO DKT. 290                Case No.: 3:23-cv-02333-BEN-MSB