UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 3 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NORMAN WILHOITE and JUDITH WILHOITE,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>XIAODI HOU,<br><br>Defendant - Appellant,<br><br>v.<br><br>TUSIMPLE HOLDINGS INC., N/K/A: Create AI Holdings, Inc.,<br><br>Defendant - Appellee,<br><br>and<br><br>MO CHEN; et al.,<br><br>Defendants. | No. 25-5322<br><br>D.C. No.<br>3:23-cv-02333-BEN-MSB<br>Southern District of California, San Diego<br><br>ORDER |

Pursuant to the parties' stipulation (Docket Entry No. 40), this appeal is dismissed with prejudice. *See* Fed. R. App. P. 42(b).

This order serves as the mandate of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT