UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 12 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

NORMAN WILHOITE, derivatively on behalf of TuSimple Holdings, Inc. and JUDITH WILHOITE, derivatively on behalf of TuSimple Holdings, Inc.,

Plaintiffs - Appellees,

v.

TUSIMPLE HOLDINGS INC., Nominal Defendant,

Defendant - Appellant,

XIAODI HOU; et al.,

Defendants.

No. 24-1608

D.C. No.
3:23-cv-02333-BEN-MSB
Southern District of California,
San Diego

ORDER

NORMAN WILHOITE, derivatively on behalf of TuSimple Holdings, Inc. and JUDITH WILHOITE, derivatively on behalf of TuSimple Holdings, Inc.,

Plaintiffs - Appellees,

v.

GUOWEI CHARLES CHAO, AKA Charles Chao; et al.,

Defendants,

TUSIMPLE HOLDINGS INC., Nominal Defendant,

No. 24-2092
D.C. No.
3:23-cv-02333-BEN-MSB
Southern District of California,
San Diego

| | |
|---|---|
| Defendant - Appellant. | |
| NORMAN WILHOITE and JUDITH WILHOITE, derivatively on behalf of TuSimple Holdings, Inc.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>TUSIMPLE HOLDINGS INC., Nominal Defendant,<br><br>Defendant - Appellant. | No. 24-2710<br>D.C. No.<br>3:23-cv-02333-BEN-MSB<br>Southern District of California, San Diego |
| NORMAN WILHOITE and JUDITH WILHOITE,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>TUSIMPLE HOLDINGS INC.,<br><br>Defendant - Appellant. | No. 24-3039<br>D.C. No.<br>3:23-cv-02333-BEN-MSB<br>Southern District of California, San Diego |

The parties' stipulated motion to voluntarily dismiss these appeals pursuant to Federal Rule of Appellate Procedure 42(b), **Dkt. 93**, is **GRANTED**. Pursuant to the parties' agreement, each side shall bear its own costs and fees on appeal. A copy of this order shall serve as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT