UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 27 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NORMAN WILHOITE and JUDITH WILHOITE,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>TUSIMPLE HOLDINGS INC.,<br><br>Defendant - Appellant,<br><br>XIAODI HOU; et al.,<br><br>Defendants. | No. 24-3695<br><br>D.C. No.<br>3:23-cv-02333-BEN-MSB<br>Southern District of California,<br>San Diego<br><br>ORDER |

The stipulated motion (Docket Entry No. 23) for voluntary dismissal is granted. *See* Fed. R. App. P. 42(b).

This case is dismissed.

This order serves as the mandate of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT